FILED

05/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0341

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0341

_____

DAWSON DENNIS PATRICK, DYLAN TODD
LEE OVITT, SAMUAL MURRELL GREEN,
JOHN ARISPE, JOHN BLACKBURN,
JAMES HORODYSKI, JAMES LONDON,
HARLEY MCDONALD, TROY PARKER,
BRANDON ROSENHAHN, ANDREW
SUITONU,

       Petitioners,

  v.

MONTANA FOURTH JUDICIAL DISTRICT
COURT, MINERAL COUNTY, HONORABLE
SHANE A. VANNATTA, PRESIDING JUDGE,

       Respondent.

O R D E R

_____

Petitioners seek a writ of supervisory control over the Fourth Judicial District Court, Mineral County, in their respective criminal cases before that court. The petitioners allege the District Court erred by reversing orders of the Mineral County Justice Court that granted their respective motions to suppress evidence.

Having reviewed the Petition and the challenged Orders, we deem it appropriate to obtain a summary response. In accordance with M. R. App. P. 14(7),

IT IS THERFORE ORDERED that the Fourth Judicial District Court, and the State of Montana, or both, are granted 30 days from the date of this Order to prepare, file, and serve a response(s) to this petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, the State of Montana, the Mineral County Attorney, and the Honorable Shane A. Vannatta, presiding.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
May 30 2024